UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:99-cr-115-FtM-29DNF
                                                 2:03-cv-33-FtM-29SPC
JOHN ANTONIO JOHNSON

_____

**OPINION AND ORDER**

     This matter comes before the Court on petitioner's Motion for Reconsideration Pursuant to Federal Rules Civil Procedure Rule 59(e), or in the Alternative Construe as Notice of Appeal (Doc. #12), filed on April 26, 2005. This motion seeks reconsideration of the Court's prior Opinion and Order (Doc. #11) which denied reconsideration of an Order (Doc. #9) denying petitioner's motion under 28 U.S.C. § 2255. Because petitioner has presented no proper grounds for reconsideration, the motion for reconsideration will be denied.

    The Court will grant the alternative relief, and deem the document to include a Notice of Appeal. The Court will deny the implied request for a certificate of appealability. The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. See

Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000).  When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  The Court denied the petition on the merits, and finds that petitioner has failed to show that jurists of reason would find the Court's assessment of the constitutional claims debatable or wrong.

Accordingly, it is now

**ORDERED**:

1.  Petitioner's Motion for Reconsideration Pursuant to Federal Rules Civil Procedure Rule 59(e) (Doc. #12) is **DENIED.**

2.  Petitioner's alternative motion to construe the document as a Notice of Appeal (Doc. #12) is **GRANTED.**  The Clerk shall process the document as a Notice of Appeal.  A certificate of appealability is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this   9th   day of May, 2005.

JOHN E. STEELE
United States District Judge

Copies:
John Antonio Johnson
Counsel of Record